```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                                         INDICTMENT
     -v.-                         :
                                         10 Cr.
PAVEL CHUKHRAY,                   :
     a/k/a "Dmitry Spessivov,"
     a/k/a "Pasha,"
     a/k/a "Igor Belkin,"         :

          Defendant.
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 28 JUN 2010

10 CRIM 580

## COUNT ONE

(NATURALIZATION FRAUD)

The Grand Jury charges:

1. In or around September 2008, in the Southern District of New York and elsewhere, PAVLO CHUKHRAY, a/k/a "Dmitri Spessivov," a/k/a "Pasha," a/k/a "Igor Belkin," the defendant, an applicant, declarant, petitioner, witness and otherwise, in a naturalization and citizenship proceeding, unlawfully, willfully and knowingly personated another and appeared falsely in an assumed and fictitious name, to wit, CHUKHRAY obtained a forged birth certificate in the name of "Dmitri Spessivov" and submitted the same in connection with his wife's naturalization proceeding.

(Title 18, United States Code, Sections 1424 and 2)


JUDGE GARDEPHE

## COUNT TWO

(BANK FRAUD CONSPIRACY: CHECK KITING)

The Grand Jury further charges:

2.  From at least in or about April 2005, through at least in or about August 2008, in the Southern District of New York and elsewhere, PAVLO CHUKHRAY, a/k/a "Dmitri Spessivov," a/k/a "Pasha," a/k/a "Igor Belkin," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit a violation of Title 18, United States Code, Section 1344.

3.  It was a part and an object of the conspiracy that PAVLO CHUKHRAY, a/k/a "Dmitri Spessivov," a/k/a "Pasha," a/k/a "Igor Belkin," the defendant, and others known and unknown, unlawfully, willfully, and knowingly would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain the moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344, to wit, CHUKHRAY and others knowingly wrote unfunded checks

drawn on various financial institutions.

       (Title 18, United States Code, Section 1349)

_____      _____
FOREPERSON                              PREET BHARARA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

PAVEL CHUKHRAY,

Defendant.

INDICTMENT

10 Cr. ___

(18 U.S.C. §§ 1349, 1424 and 2.)

PREET BHARARA
United States Attorney.

A TRUE BILL

Foreperson.

6-28-10
M.B.   Filed Indictment. Case assigned to Judge Gardephe for all purposes.
Ellis, U.S.M.J.

4